## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| **v.** | : | **DATE FILED:** |
| **AHMAD WILLIAMS** | : | **VIOLATION:** |
| | | **18 U.S.C. § 922(g)(1) (possession of a** |
| | : | **firearm by a felon – 1 count)** |
| | | **Notice of forfeiture** |

## INDICTMENT

### THE GRAND JURY CHARGES THAT:

On or about June 29, 2022, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### AHMAD WILLIAMS,

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a

crime punishable by imprisonment for a term exceeding one year, knowingly possessed a

firearm, that is, a FN, model 509, 9mm semi-automatic pistol, bearing serial number

GKS0223091, loaded with 25 live rounds of ammunition, and the firearm was in and affecting

interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      As a result of the violation of Title 18, United States Code, Section

922(g) set forth in this indictment, defendant

### AHMAD WILLIAMS

shall forfeit to the United States of America the firearm and ammunition involved in the

commission of the offense, including, but not limited to:

1.      a FN, model 509, 9mm semi-automatic pistol, bearing serial number

GKS0223091; and

2.      twenty-five live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18,

United States Code, Section 924(d).

**A TRUE BILL:**

**JACQUELINE C. ROMERO**
**United States Attorney**

No._____

## UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

Criminal Division

### THE UNITED STATES OF AMERICA

v.

### AHMAD WILLIAMS

INDICTMENT

18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
Notice of forfeiture

Filed in open court this _____ day,

Of _____Jun_____ A.D. 20 _23_____

Clerk

Bail, $_____