## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  23-284** |
| | : | |
| **v.** | : | |
| | : | |
| **AHMAD WILLIAMS** | : | |

## <u>ORDER</u>

**NOW**, this 5th day of January, 2024, upon consideration of defendant's Motion to Dismiss Indictment (Doc. No. 13), the government's response, and the defendant's sur-reply and second sur-reply, it is **ORDERED** that the motion is **DENIED**.

TIMOTHY J. SAVAGE, J.